JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LOVELL BROWN, | ) | Case No. CV 13-1236-CJC (PJW) |
| Plaintiff, | ) ) | J U D G M E N T |
| v. | ) ) | |
| VERDESOTO, et al., | ) ) | |
| Defendants. | ) ) | |

    Pursuant to the Order Dismissing Action for Failure to Prosecute,

    JUDGMENT IS HEREBY entered in favor of Defendants and against Plaintiff and the action is dismissed with prejudice.

    DATED: <u>February 24, 2014</u>.

                                    CORMAC J. CARNEY
                                    UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment Re Brown v. Verdesoto.wpd